AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

OSVALDO LOPEZ,

      Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:10-cv-00351-LRH-RAM**

NEVADA DEPARTMENT OF
CORRECTIONS, et al.,

      Defendants.


___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that plaintiff's letter submitted to the court on July 9, 2010 (Document No. 5), is hereby construed as a motion to voluntarily dismiss this case. The court grants this motion and the complaint is DISMISSED without prejudice.


  July 20, 2010               **LANCE S. WILSON**
                                       Clerk


                                    /s/ Katie Lynn Ogden
                                      Deputy Clerk